United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC,<br>Plaintiff,<br>v.<br>ADEIA INC., et al.,<br>Defendants. | Case No. 25-cv-11048-JSC<br><br>**JUDGMENT** |

The Court having granted Defendants' Motion to Dismiss (Dkt. No. 65) by Order filed October 6, 2026, enters judgment in favor of Defendants and against Plaintiff without prejudice.

**IT IS SO ORDERED.**

Dated: October 6, 2026

JACQUELINE SCOTT CORLEY
United States District Judge