UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

November 10, 2026

# NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2027-1123

**Federal Circuit Short Caption:** DirecTV, LLC v. Adeia Inc.

**Date of Docketing:** November 10, 2026

**Originating Tribunal:** United States District Court for the Northern District of California

**Originating Case No.:** 3:25-cv-11048-JSC

**Appellant:** DirecTV, LLC

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

**FEE PAYMENT:** The filing fee has been paid or in forma pauperis status has been granted.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. (Fed. Cir. R. 47.6 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)

- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid.

**FILING DOCUMENTS:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Parties represented by counsel must make all filings through the court's electronic filing system.

Unrepresented parties may choose to submit case filings to the court either in paper or through the court's electronic filing system; electronic filing will only be permitted for unrepresented parties after successful registration for the court's electronic filing system and submission of a completed Notice of Unrepresented Person Appearance. Fed. Cir. R. 25(a). The court's Electronic Filing Procedures may be accessed at www.cafc.uscourts.gov/contact/clerks-office/filing-resources.

**CONTACT INFORMATION:** Electronic filers, or unrepresented parties registered to receive electronic service, must update their contact information in their PACER service center profile whenever their contact information changes. Counsel must file an amended Entry of Appearance and unrepresented parties must file an amended Notice of Unrepresented Person Appearance whenever contact information changes. Fed. Cir. R. 25(a)(5).

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.

Jarrett B. Perlow
Clerk of Court

By: Z. Robinson, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of Forms (to unrepresented parties only):
  - Notice of Unrepresented Person Appearance
  - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to filers owing the docketing fee)
  - Supplemental in Forma Pauperis Form for Prisoners (only to filers in a correctional institution)

**cc:** United States District Court for the Northern District of California

**Official Caption**

**DIRECTV, LLC,**
*Plaintiff-Appellant*

**v.**

**ADEIA INC., ADEIA GUIDES INC., fka Rovi Guides, Inc., ADEIA MEDIA HOLDINGS LLC, ADEIA TECHNOLOGIES INC., ADEIA MEDIA SOLUTIONS INC., fka TiVo Solutions Inc.,**
*Defendants-Appellees*

**Short Caption**

DirecTV, LLC v. Adeia Inc.

RYAN K. YAGURA (CA S.B. #197619)
ryagura@omm.com
XIN-YI ZHOU (CA S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: +1 213 430 6000

SHARON L. DAVIS (admitted *pro hac vice*)
MICHAEL H. JONES (admitted *pro hac vice*)
BRYAN B. THOMPSON (admitted *pro hac vice*)
BENJAMIN FISHMAN (admitted *pro hac vice*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: +1 202 783 6040

*Attorneys for Plaintiff DIRECTV, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DIRECTV, LLC<br><br>Plaintiff,<br><br>v.<br><br>ADEIA, INC., ADEIA GUIDES INC., ADEIA MEDIA HOLDINGS LLC, ADEIA TECHNOLOGIES INC. AND ADEIA MEDIA SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:25-cv-11048-JSC<br><br>**PLAINTIFF DIRECTV, LLC'S NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff DIRECTV, LLC ("DIRECTV") in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order Granting Defendants' Motion to Dismiss Amended Complaint entered on October 6, 2026 (Dkt. No. 71) (the "Order"); all of the Court's orders that relate to or give rise to the Order including, but not limited to, the Court's judgment in favor of Defendants entered on October 6, 2026 (Dkt. No. 72); and any and all of the decisions and findings of this Court underlying and leading to any of the foregoing. The Complaint in this action was filed on December 29, 2025 (Dkt. No. 1). The First Amended Complaint in this action was filed on July 21, 2026 (Dkt. No 64).

This Notice of Appeal is filed within 30 days of the entry of the Order and is therefore timely filed under Federal Rule of Appellate Procedure 4(a).

Enclosed herewith is the $605 fee required by 28 U.S.C. §§ 1913, 1917.

Dated: November 3, 2026 By: *Xin-Yi Zhou*

Ryan K. Yagura
Xin-Yi Zhou
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Sharon L. Davis (admitted *pro hac vice*)
Michael H. Jones (admitted *pro hac vice*)
Bryan B. Thompson (admitted *pro hac vice*)
Benjamin Fishman (admitted *pro hac vice*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

*Attorneys for Plaintiff DIRECTV, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 3, 2026.

By: *<u>/s/ Sharon L. Davis</u>*

Sharon L. Davis

ADRMOP,AO279,APPEAL,CLOSED,RELATE

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:25-cv-11048-JSC
# Internal Use Only

DirecTV, LLC v. Adeia Inc. et al
Assigned to: Judge Jacqueline Scott Corley
Relate Case Case: 3:26-cv-02811-JSC
Cause: 28:2201 Declaratory Judgement

Date Filed: 12/29/2025
Date Terminated: 10/06/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**DirecTV, LLC**

represented by **Xin-Yi Zhou**
O'Melveny and Myers LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: vzhou@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Fishman**
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue NW
Suite 900 East
Washington, DC 20001
202-783-6040
Email: bfishman@rothwellfigg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Berkeley Thompson**
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001
202-783-6040
Fax: 202-783-6031
Email: bthompson@rfem.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Hamlin Jones**
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Ave., N.W.
Suite 900 East
Washington, DC 20001
202-783-6040
Email: mjones@rfem.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California
by: Deputy Clerk
Date: 11/04/2026

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Ken Yagura**
O'Melveny & Myers LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071-2899
213-430-6189
Email: ryagura@omm.com
*ATTORNEY TO BE NOTICED*

**Sharon Davis**
Rothwell, Figg, Ernst & Manbeck, P.C.
901 New York Avenue, N.W.
Suite 900 East
Washington, DC 20001
202-783-6040
Email: sdavis@rothwellfigg.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Adeia Inc.** represented by

**Bradley Wayne Caldwell**
Caldwell Cassady Currry P.C.
2121 N. Pearl St.
Suite 1200
Dallas, TX 75201
214-888-4848
Email: bcaldwell@caldwellcc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Elizabeth Day**
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248
Fax: (415) 426-4744
Email: eday@bdiplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Curry**
Caldwell Cassady Curry P.C.
2121 N. Pearl St.
Suite 1200
Dallas, TX 75201
214-888-4848
Email: acurry@caldwellcc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian D Johnston**
Caldwell Cassady Curry PC
2121 N Pearl St
Ste 1200
Dallas, TX 75201
214-888-4971
Email: bjohnston@caldwellcc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Dodd Cassady**
Caldwell Cassady and Curry
2121 N. Pearl St.
Suite 1200
Dallas, TX 75201
214-888-4848
Fax: 214-888-4849
Email: jcassady@caldwellcc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Summers**
Caldwell Cassady Curry
2101 Cedar Springs Rd.
Ste. 1000
Dallas, TX 75201
214-888-4848
Email: jsummers@caldwellcc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Seth Reich , Jr**
Caldwell Cassady Curry PC
2121 N. Pearl St.
Suite 1200
Dallas, TX 75201
214-888-4848
Fax: 214-888-4849
Email: sreich@caldwellcc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vlada A. Wendel**
Caldwell Cassady Curry PC
2121 N. Pearl Street
Suite 1200
Dallas, TX 75201
214-888-4960
Fax: 214-888-4849
Email: vwendel@caldwellcc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Adeia Guides Inc.**
*formerly known as*
Rovi Guides Inc.

represented by

**Bradley Wayne Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Elizabeth Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Curry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian D Johnston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Dodd Cassady**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Summers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Seth Reich , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vlada A. Wendel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Adeia Media Holdings LLC**

represented by

**Bradley Wayne Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Elizabeth Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Curry**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian D Johnston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Dodd Cassady**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Summers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Seth Reich , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vlada A. Wendel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Adeia Technologies Inc.** represented by **Bradley Wayne Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Elizabeth Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Curry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian D Johnston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Dodd Cassady**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Summers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Seth Reich , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vlada A. Wendel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Adeia Media Solutions Inc.**
*formerly known as*
TiVo Solutions Inc.

represented by **Bradley Wayne Caldwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Elizabeth Day**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Austin Curry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian D Johnston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason Dodd Cassady**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Summers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Seth Reich , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vlada A. Wendel**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2025 | 1 | COMPLAINT against Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc. ( Filing fee $ 405, receipt number ACANDC-21492912.). Filed by DIRECTV, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Yagura, Ryan) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/29/2025 | 2 | Rule 7.1 Disclosures by DIRECTV, LLC identifying Corporate Parent DIRECTV Holdings LLC, Corporate Parent TPG VIII Merlin Investment Holdings, L.P., Corporate Parent Merlin MVPD Holdings LLC for DIRECTV, LLC. (Yagura, Ryan) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/29/2025 | 3 | Certificate of Interested Entities by DIRECTV, LLC (Yagura, Ryan) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/29/2025 | 4 | REPORT on the filing or determination of an action regarding (cc: form mailed to register). (Yagura, Ryan) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/29/2025 | 5 | Proposed Summons. (Yagura, Ryan) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/29/2025 | 6 | Proposed Summons. (Yagura, Ryan) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/29/2025 | 7 | Proposed Summons. (Yagura, Ryan) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/29/2025 | 8 | Proposed Summons. (Yagura, Ryan) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/29/2025 | 9 | Proposed Summons. (Yagura, Ryan) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/30/2025 | 10 | Case assigned to Magistrate Judge Laurel Beeler.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 1/13/2026. (pjf, COURT STAFF) (Filed on 12/30/2025) (Entered: 12/30/2025) |
| 12/30/2025 | | (Court only) *** Attorney Xin-Yi Zhou for DIRECTV, LLC added. (hdj, COURT STAFF) (Filed on 12/30/2025) (Entered: 12/30/2025) |
| 12/30/2025 | 11 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 3/26/2026. Initial Case Management Conference set for 4/2/2026 11:00 AM in San Francisco, - Videoconference Only. (hdj, COURT STAFF) (Filed on 12/30/2025) (Entered: 12/30/2025)** |
| 12/30/2025 | | Electronic filing error. Submit ONE proposed summons listing ALL defendants. Attach an additional page(s) if needed for multiple parties or addresses.This filing will not be processed by the clerks office.Please re-file in its entirety. Re: 6 Proposed Summons filed by DIRECTV, LLC, 9 Proposed Summons filed by |

| | | |
|---|---|---|
| | | DIRECTV, LLC, 7 Proposed Summons filed by DIRECTV, LLC, 8 Proposed Summons filed by DIRECTV, LLC, 5 Proposed Summons filed by DIRECTV, LLC (hdj, COURT STAFF) (Filed on 12/30/2025) (Entered: 12/30/2025) |
| 12/30/2025 | 12 | Proposed Summons. (Yagura, Ryan) (Filed on 12/30/2025) (Entered: 12/30/2025) |
| 12/31/2025 | 13 | Summons Issued as to Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc. (hdj, COURT STAFF) (Filed on 12/31/2025) (Entered: 12/31/2025) |
| 01/09/2026 | 14 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21526886.) filed by DIRECTV, LLC. (Attachments: # 1 Exhibit DC Bar Certificate of Good Standing)(Davis, Sharon) (Filed on 1/9/2026) (Entered: 01/09/2026) |
| 01/09/2026 | 15 | NOTICE of Appearance filed by Margaret Elizabeth Day on behalf of Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc. (Day, Margaret) (Filed on 1/9/2026) (Entered: 01/09/2026) |
| 01/09/2026 | 16 | STIPULATION WITH PROPOSED ORDER re 1 Complaint, *Stipulation to Extend Time to Respond to Complaint* filed by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. (Attachments: # 1 Proposed Order)(Day, Margaret) (Filed on 1/9/2026) (Entered: 01/09/2026) |
| 01/09/2026 | 17 | CLERK'S NOTICE Re: Consent or Declination: Defendants shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. **Consent/Declination due by 1/22/2026**. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ejk, COURT STAFF) (Filed on 1/9/2026) (Entered: 01/09/2026) |
| 01/09/2026 | 18 | **Order by Magistrate Judge Laurel Beeler granting 14 Motion for Pro Hac Vice. (ejk, COURT STAFF) (Filed on 1/9/2026) (Entered: 01/09/2026)** |
| 01/12/2026 | 19 | **Order by Magistrate Judge Laurel Beeler granting 16 Stipulation to Extend Time to Respond to Complaint. Deadline for Defendant to respond to Complaint is extended to 3/13/2026. (ejk, COURT STAFF) (Filed on 1/12/2026) (Entered: 01/12/2026)** |
| 01/12/2026 | 20 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by DIRECTV, LLC.. (Yagura, Ryan) (Filed on 1/12/2026) (Entered: 01/12/2026) |
| 01/12/2026 | 21 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE-NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (ejk, COURT STAFF) (Filed on 1/12/2026) (Entered: 01/12/2026) |

| | | |
|---|---|---|
| 01/13/2026 | 22 | **ORDER REASSIGNING CASE**<br><br>IT IS ORDERED that this case is reassigned using a proportionate, random and blind system pursuant to General Order No. 44 to Judge Jacqueline Scott Corley. Magistrate Judge Laurel Beeler no longer assigned to the case.<br><br>Counsel are instructed that all future filings shall bear the updated judicial initials immediately after the case number. Counsel are reminded to verify the location of the judge on the court website. All hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged. Motions must be renoticed for hearing before the judge to whom the case has been reassigned, but the renoticing of the hearing does not affect the prior briefing schedule. Other deadlines such as those for ADR compliance and discovery cutoff also remain unchanged.<br><br>Mark B. Busby<br>Clerk, United States District Court<br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*<br><br>(mbc, COURT STAFF) (Filed on 1/13/2026) (Entered: 01/13/2026) |
| 01/13/2026 | 23 | **CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE.** Initial Case Management Conference is reset for 4/8/2026 at 2:00 p.m. before Judge Jacqueline Scott Corley by a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/jsc<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. **A list of names must be sent to the CRD at jsccrd@cand.uscourts.gov no later than noon on 4/7/2026.**<br><br>**Civ LR 77-3(d).** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>(ahm, COURT STAFF) (Filed on 1/13/2026) (Entered: 01/13/2026) |
| 01/28/2026 | 24 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21591157.) filed by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. (Attachments: # 1 Certificate of Good Standing)(Caldwell, Bradley) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 01/28/2026 | 25 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21591245.) filed by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. (Attachments: # 1 Certificate of Good Standing)(Cassady, Jason) (Filed on 1/28/2026) (Entered: 01/28/2026) |

| | | |
|---|---|---|
| 01/28/2026 | 26 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21591320.) filed by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. (Attachments: # 1 Certificate of Good Standing)(Curry, Austin) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 01/28/2026 | 27 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21591409.) filed by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. (Attachments: # 1 Certificate of Good Standing)(Johnston, Brian) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 01/28/2026 | 28 | Rule 7.1 Disclosures by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc. identifying Corporate Parent Adeia Media Holdings Inc. for Adeia Media Solutions Inc.; Corporate Parent ADEIA MEDIA LLC for Adeia Guides Inc., Adeia Technologies Inc.; Corporate Parent ADEIA INC. for Adeia Media Holdings LLC. (Day, Margaret) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 01/28/2026 | 29 | Certificate of Interested Entities by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc. (Day, Margaret) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 01/28/2026 | 30 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21591506.) filed by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. (Attachments: # 1 Certificate of Good Standing)(Reich, Robert) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 01/28/2026 | 31 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21591543.) filed by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. (Attachments: # 1 Certificate of Good Standing)(Summers, John) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 01/28/2026 | 32 | **ORDER by Judge Jacqueline Scott Corley granting 24 Motion for Pro Hac Vice as to Bradley Caldwell. (ahm, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026)** |
| 01/28/2026 | 33 | **ORDER by Judge Jacqueline Scott Corley granting 25 Motion for Pro Hac Vice as to Jason Cassady. (ahm, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026)** |
| 01/28/2026 | 34 | **ORDER by Judge Jacqueline Scott Corley granting 26 Motion for Pro Hac Vice as to Austin Curry. (ahm, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026)** |
| 01/28/2026 | 35 | **ORDER by Judge Jacqueline Scott Corley granting 27 Motion for Pro Hac Vice as to Brain Johnston. (ahm, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026)** |
| 01/28/2026 | 36 | **ORDER by Judge Jacqueline Scott Corley granting 30 Motion for Pro Hac Vice as to R. Seth Reich Jr. (ahm, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026)** |
| 01/28/2026 | 37 | **ORDER by Judge Jacqueline Scott Corley granting 31 Motion for Pro Hac Vice as to John F. Summers. (ahm, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026)** |

| | | |
|---|---|---|
| 03/13/2026 | 38 | MOTION to Dismiss *For Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1)* filed by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. Motion to Dismiss Hearing set for 5/14/2026 10:00 AM in San Francisco, Courtroom 08, 19th Floor. Responses due by 3/27/2026. Replies due by 4/3/2026. (Day, Margaret) (Filed on 3/13/2026) Modified on 6/18/2026 (ahm, COURT STAFF). (Entered: 03/13/2026) |
| 03/18/2026 | 39 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Reich, Robert) (Filed on 3/18/2026) (Entered: 03/18/2026) |
| 03/18/2026 | 40 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Zhou, Xin-Yi) (Filed on 3/18/2026) (Entered: 03/18/2026) |
| 03/23/2026 | 41 | STIPULATION WITH PROPOSED ORDER re 38 MOTION to Dismiss *For Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) / Stipulation Extending Time to Respond* filed by DIRECTV, LLC. (Attachments: # 1 Proposed Order) (Zhou, Xin-Yi) (Filed on 3/23/2026) (Entered: 03/23/2026) |
| 03/25/2026 | 42 | **ORDER by Judge Jacqueline Scott Corley granting 41 Stipulation Extending Time to Respond. The initial case management conference set for April 8, 2026 is vacated.**<br><br>**(This is a text-only entry generated by the court. There is no document associated with this entry.)**<br><br>**(ahm, COURT STAFF) (Filed on 3/25/2026) (Entered: 03/25/2026)** |
| 03/25/2026 | | Set/Reset Deadlines as to 38 MOTION to Dismiss *For Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1)*.<br><br>Responses due by 4/10/2026. Replies due by 4/22/2026.<br><br>(ahm, COURT STAFF) (Filed on 3/25/2026) (Entered: 03/25/2026) |
| 03/25/2026 | 43 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21796325.) filed by DIRECTV, LLC. (Attachments: # 1 Exhibit DC Bar Certificate of Good Standing)(Fishman, Benjamin) (Filed on 3/25/2026) (Entered: 03/25/2026) |
| 03/25/2026 | 44 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21796438.) filed by DIRECTV, LLC. (Attachments: # 1 Exhibit VA Bar Certificate of Good Standing, # 2 Exhibit DC Bar Certificate of Good Standing) (Jones, Michael) (Filed on 3/25/2026) (Entered: 03/25/2026) |
| 03/25/2026 | 45 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-21796945.) filed by DIRECTV, LLC. (Attachments: # 1 Exhibit NY Bar Certificate of Good Standing, # 2 Exhibit DC Bar Certificate of Good Standing) (Thompson, Bryan) (Filed on 3/25/2026) (Entered: 03/25/2026) |
| 03/27/2026 | 46 | **ORDER by Judge Jacqueline Scott Corley granting 43 Motion for Pro Hac Vice as to Benjamin Fishman. (ahm, COURT STAFF) (Filed on 3/27/2026) (Entered: 03/27/2026)** |
| 03/27/2026 | 47 | **ORDER by Judge Jacqueline Scott Corley granting 44 Motion for Pro Hac Vice as to Michael Jones. (ahm, COURT STAFF) (Filed on 3/27/2026) (Entered: 03/27/2026)** |

| | | |
|---|---|---|
| 03/27/2026 | 48 | **ORDER by Judge Jacqueline Scott Corley granting 45 Motion for Pro Hac Vice as to Bryan Thompson. (ahm, COURT STAFF) (Filed on 3/27/2026) (Entered: 03/27/2026)** |
| 04/06/2026 | 49 | **CLERK'S NOTICE CONTINUING MOTION HEARING.** Due to the Court's upcoming trial schedule, the hearing on Defendant's 38 Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b) set for 5/14/2026 is continued to 5/15/2026 at 2:00 p.m. in San Francisco, Courtroom 08, 19th Floor before Judge Jacqueline Scott Corley.<br><br>(This is a text-only entry generated by the court. There is no document associated with this entry.)<br><br>(ahm, COURT STAFF) (Filed on 4/6/2026) (Entered: 04/06/2026) |
| 04/09/2026 | 50 | **CLERK'S NOTICE ADVANCING HEARING.** Due to the Court's unavailability, the hearing on Defendants' 38 Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) set for 5/15/2026 is advanced to 5/14/2026 at 9:00 a.m. in San Francisco, Courtroom 08, 19th Floor before Judge Jacqueline Scott Corley.<br><br>(This is a text-only entry generated by the court. There is no document associated with this entry.)<br><br>(ahm, COURT STAFF) (Filed on 4/9/2026) (Entered: 04/09/2026) |
| 04/10/2026 | 51 | OPPOSITION/RESPONSE (re 38 MOTION to Dismiss *For Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1)* ) filed byDirecTV, LLC. (Attachments: # 1 Affidavit of Sharon L. Davis, # 2 Exhibit 1. No. 1:26-cv-00238-AT (SDNY), Dkt. 1., # 3 Exhibit 2. No. 1:26-cv-00238-AT (SDNY), Dkt. 44., # 4 Exhibit 3. No. 1:26-cv-00238-AT (SDNY), Dkt. 35)(Davis, Sharon) (Filed on 4/10/2026) (Entered: 04/10/2026) |
| 04/22/2026 | 52 | REPLY in Support (re 38 MOTION to Dismiss *For Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1)* ) filed byAdeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. (Day, Margaret) (Filed on 4/22/2026) Modified on 4/24/2026 (kmg, COURT STAFF). (Entered: 04/22/2026) |
| 04/27/2026 | 53 | **CLERK'S NOTICE CONTINUING MOTION HEARING.** The hearing on Defendants' 38 Motion to Dismiss set for 5/14/2026 is continued to 6/18/2026 at 10:00 a.m. in San Francisco, Courtroom 08, 19th Floor before Judge Jacqueline Scott Corley. Pursuant to L.R. 7-7(d), the briefing schedule will remain the same.<br><br>(This is a text-only entry generated by the court. There is no document associated with this entry.)<br><br>(ahm, COURT STAFF) (Filed on 4/27/2026) (Entered: 04/27/2026) |
| 05/12/2026 | 54 | Joint ADMINISTRATIVE MOTION To Consider Whether Cases Should Be Related filed by DirecTV, LLC. Responses due by 5/18/2026. (Attachments: # 1 Stipulation and [Proposed] Order Re: Administrative Order to Consider Whether Cases Should Be Related)(Yagura, Ryan) (Filed on 5/12/2026) (Entered: 05/12/2026) |
| 05/13/2026 | 55 | **ORDER by Judge Jacqueline Scott Corley granting (54) Administrative Motion to Relate in case 3:25-cv-11048-JSC.** |

| | | |
|---|---|---|
| | | 26-cv-02811-RS is related to 25-cv-11048-JSC.<br><br>(ahm, COURT STAFF) (Filed on 5/13/2026) (Entered: 05/13/2026) |
| 06/12/2026 | 56 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 328, receipt number ACANDC-22095116.) filed by Adeia Inc.. (Attachments: # 1 Certificate/Proof of Service)(Wendel, Vlada) (Filed on 6/12/2026) (Entered: 06/12/2026) |
| 06/12/2026 | 57 | **ORDER by Judge Jacqueline Scott Corley granting 56 Motion for Pro Hac Vice as to Vlada Wendel. (ahm, COURT STAFF) (Filed on 6/12/2026) (Entered: 06/12/2026)** |
| 06/18/2026 | 58 | **Minute Entry for proceedings held before Judge Jacqueline Scott Corley: Motion Hearing re [38 Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) held on 6/18/2026. The Court granted the motion with leave to amend for the reasons stated on the record. Plaintiff's First Amended Complaint is due by 7/17/2026. The parties to submit a stipulated briefing schedule on Defendants' Motion to Dismiss the first amended complaint.**<br><br>Court Reporter: Andrea Bluedorn<br><br>Attorneys for Plaintiffs: Sharon Davis/Michael Jones<br>Attorneys for Defendants: Margaret Day/Bradley Caldwell/Brian D Johnston/Vlada A. Wendel<br><br>**(This is a text-only entry generated by the court. There is no document associated with this entry.)**<br><br>(ahm, COURT STAFF) (Date Filed: 6/18/2026) (Entered: 06/18/2026) |
| 06/18/2026 | | (Court only) ***Deadlines terminated. (ahm, COURT STAFF) (Filed on 6/18/2026) (Entered: 06/18/2026) |
| 06/19/2026 | 59 | TRANSCRIPT ORDER for proceedings held on 6/18/2026 before Judge Jacqueline Scott Corley by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc., for Court Reporter Andrea Bluedorn. (Johnston, Brian) (Filed on 6/19/2026) (Entered: 06/19/2026) |
| 06/22/2026 | 60 | TRANSCRIPT ORDER for proceedings held on June 18, 2026 before Judge Jacqueline Scott Corley by DirecTV, LLC, for Court Reporter Andrea Bluedorn. (Jones, Michael) (Filed on 6/22/2026) (Entered: 06/22/2026) |
| 06/30/2026 | 61 | Transcript of Proceedings held on 6-18-26, before Judge Jacqueline Scott Corley. Court Reporter/Transcriber Andrea Bluedorn, telephone number Phone: 715-965-2298. Email: andrea_bluedorn@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 59 Transcript Order, 60 Transcript Order ) Release of Transcript Restriction set for 9/28/2026. (Related documents(s) 59 , 60 ) (Bluedorn, Andrea) (Filed on 6/30/2026) (Entered: 06/30/2026) |
| 07/10/2026 | 62 | STIPULATION WITH PROPOSED ORDER *Extending Time to File Amended Complaint and Setting Briefing Schedule* filed by DirecTV, LLC. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Declaration of Michael H. Jones, # 2 Proposed Order)(Yagura, Ryan) (Filed on 7/10/2026) (Entered: 07/10/2026) |
| 07/13/2026 | 63 | **ORDER by Judge Jacqueline Scott Corley granting as modified 62 Stipulation Extending Time to File Amended Complaint and Setting Briefing Schedule. (ahm, COURT STAFF) (Filed on 7/13/2026) (Entered: 07/13/2026)** |
| 07/21/2026 | 64 | AMENDED COMPLAINT / *First Amended Complaint* against Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. Filed by DirecTV, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17 - Redline (Complaint and First Amended Complaint))(Yagura, Ryan) (Filed on 7/21/2026) (Entered: 07/21/2026) |
| 08/04/2026 | 65 | MOTION to Dismiss *First Amended Complaint For Declaratory Judgment For Lack Of Subject Matter Jurisdiction Pursuant To Rule 12(b)(1)* filed by Adeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. Motion to Dismiss Hearing set for 10/1/2026 10:00 AM in San Francisco, Courtroom 08, 19th Floor. Responses due by 8/18/2026. Replies due by 8/25/2026. (Day, Margaret) (Filed on 8/4/2026) (Entered: 08/04/2026) |
| 08/18/2026 | 66 | OPPOSITION/RESPONSE (re 65 MOTION to Dismiss *First Amended Complaint For Declaratory Judgment For Lack Of Subject Matter Jurisdiction Pursuant To Rule 12(b)(1)* ) filed byDirecTV, LLC. (Yagura, Ryan) (Filed on 8/18/2026) (Entered: 08/18/2026) |
| 08/25/2026 | 67 | REPLY (re 65 MOTION to Dismiss *First Amended Complaint For Declaratory Judgment For Lack Of Subject Matter Jurisdiction Pursuant To Rule 12(b)(1)* ) filed byAdeia Guides Inc., Adeia Inc., Adeia Media Holdings LLC, Adeia Media Solutions Inc., Adeia Technologies Inc.. (Caldwell, Bradley) (Filed on 8/25/2026) (Entered: 08/25/2026) |
| 09/16/2026 | 68 | **CLERK'S NOTICE CHANGING TIME OF MOTION HEARING.** Due to the Court's trial schedule, the hearing on Defendants' 65 Motion to Dismiss First Amended Complaint For Declaratory Judgment For Lack Of Subject Matter Jurisdiction Pursuant To Rule 12(b)(1) set for 10/1/2026 will commence at 2:00 p.m. in San Francisco, Courtroom 08, 19th Floor before Judge Jacqueline Scott Corley.<br><br>(This is a text-only entry generated by the court. There is no document associated with this entry.)<br><br>(ahm, COURT STAFF) (Filed on 9/16/2026) (Entered: 09/16/2026) |
| 09/29/2026 | 69 | **CLERK'S NOTICE CHANGING TIME OF HEARING.** The hearing on Defendants' 65 Motion to Dismiss First Amended Complaint set for 10/1/2026 will commence at 10:00 a.m. in San Francisco, Courtroom 08, 19th Floor before Judge Jacqueline Scott Corley.<br><br>(This is a text-only entry generated by the court. There is no document associated with this entry.)<br><br>(ahm, COURT STAFF) (Filed on 9/29/2026) (Entered: 09/29/2026) |
| 10/01/2026 | 70 | **Minute Entry for proceedings held before Judge Jacqueline Scott Corley: Motion Hearing re 65 Defendants' Motion to Dismiss held and recorded by** |

| | | |
|---|---|---|
| | | **Zoom videoconference on 10/1/2026. The motion was aruged, submitted, and taken under submission.** Zoom Recording Time: 10:00-11:00<br><br>Attorneys for Plaintiffs: Sharon Davis/Benjamin Fishman<br>Attorneys for Defendants: Margaret Day/Bradley Caldwell/Brian D Johnston<br><br>(This is a text-only entry generated by the court. There is no document associated with this entry.)<br><br>(ahm, COURT STAFF) (Date Filed: 10/1/2026) (Entered: 10/01/2026) |
| 10/06/2026 | 71 | **ORDER by Judge Jacqueline Scott Corley granting 65 Motion to Dismiss. (ahm, COURT STAFF) (Filed on 10/6/2026) (Entered: 10/06/2026)** |
| 10/06/2026 | 72 | **JUDGMENT. Signed by Judge Jacqueline Scott Corley on 10/6/2026. (ahm, COURT STAFF) (Filed on 10/6/2026) (Entered: 10/06/2026)** |
| 10/06/2026 | | ***Civil Case Terminated. (ahm, COURT STAFF) (Filed on 10/6/2026) (Entered: 10/06/2026) |
| 11/03/2026 | 73 | NOTICE OF APPEAL to the Federal Circuit as to 71 Order on Motion to Dismiss, 72 Judgment by DirecTV, LLC. Filing fee $ 605, receipt number ACANDC-22677740. Appeal Record due by 12/3/2026. (Zhou, Xin-Yi) (Filed on 11/3/2026) (Entered: 11/03/2026) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC,<br>Plaintiff,<br>v.<br>ADEIA INC., et al.,<br>Defendants. | Case No. 25-cv-11048-JSC<br><br>**JUDGMENT** |

The Court having granted Defendants' Motion to Dismiss (Dkt. No. 65) by Order filed October 6, 2026, enters judgment in favor of Defendants and against Plaintiff without prejudice.

**IT IS SO ORDERED.**

Dated: October 6, 2026

JACQUELINE SCOTT CORLEY
United States District Judge



AO 149

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

---

Plaintiff(s) DirecTV, LLC Defendant(s) Adeia Inc. et al

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment,order or opinion.)

Type of case: **Patent Infringement**
Docket No. 3:25-cv-11048-JSC Date of Judgment/Order: 10/06/2026

Cross or related appeal? Date of Notice of Appeal: 11/03/2026

Appellant is: (X) Plaintiff () Defendant () Other (explain

---

DOCKET FEE STATUS:
(X Paid () Not Paid Billed On:
U.S. Appeal? Yes () No ()
In forma pauperis?
() Granted () Denied () Revoked () Pending () Never requested

---

COUNSEL
(List name, firm, address and telephone of lead counsel for each party. Indicate party represented.

Xin-Yi Zhou
O'Melveny and Myers LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: vzhou@omm.com
LEAD ATTORNEY for Plaintiff

Bradley Wayne Caldwell
Caldwell Cassady Currry P.C.
2121 N. Pearl St., Suite 1200
Dallas, TX 75201
214-888-4848
Email: bcaldwell@caldwellcc.com
LEAD ATTORNEY for Defendants

Margaret Elizabeth Day
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248
Fax: (415) 426-4744
Email: eday@bdiplaw.com
LEAD ATTORNEY for Defendants

COURT REPORTER:
Andrea Bluedorn, telephone number Phone: 715-965-2298

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.